IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TIMOTHY LEON NOGGIN,

Petitioner,

v.  Civil Action No. **3:12CV309**

ERIC D. WILSON,

Respondent.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Noggin's Motion for Leave to File Supplemental Objections (ECF No. 8) is GRANTED;

2. Noggin's objections (ECF Nos. 7, 8–1) are OVERRULED;

3. The Report and Recommendation is ACCEPTED and ADOPTED; and,

4. The action is DISMISSED for want of jurisdiction.

Should Noggin desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Noggin.

And it is so ORDERED.

Date: /0-11-13
Richmond, Virginia

/s/
James R. Spencer
United States District Judge